UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ABDUS SAMAD,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN F. KELLY,[1] Secretary of the Department of Homeland Security et al.,<br><br>    Respondents. | Case No. CV 16-09222-PA (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed no objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

///

///

---

[1] John F. Kelly has replaced Jeh C. Johnson as Secretary of the Department of Homeland Security. Thus, Kelly is automatically substituted as Respondent under Federal Rule of Civil Procedure 25(d).

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action as moot.

Dated: September 21, 2017

_____
PERCY ANDERSON
United States District Judge