JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ABDUS SAMAD, | Case No. CV 16-09222-PA (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| JOHN F. KELLY, Secretary of the Department of Homeland Security et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed as moot.

Dated: September 21, 2017

PERCY ANDERSON
United States District Judge